CHRISTINE HADDIX, Respondent, v. JOHN J. TOMICH and Another, Appellants. — Action to recover damages for personal injuries sustained by plaintiff when the car in which she was riding, owned by defendant Mary K. Tomich and operated by the other defendant, left the highway and collided with a tree. Appeal from a judgment for plaintiff in the sum of $7,721.03. Judgment reversed on the law and a new trial granted, costs to abide the event, for error in the charge of the court at folios 512 and 513, with reference to the applicability of the doctrine of res ipsa loquitur. (Galbraith v. Busch, 267 N. Y. 230.) Plaintiff's claim of negligence was that the driver of defendant's car took his hands from the wheel while lighting a cigarette, thus causing the accident. Defendants denied this and claimed that the driver of defendant's car was forced off the road by another car. That was the issue and the doctrine of res ipsa loquitur was not involved. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

GRACE HALLORAN, Respondent, v. PARKE, DAVIS & Co., Appellant.— This action is to recover damages for the loss of sight of plaintiff's left eye, as a result of the explosion of a certain drug or pharmaceutical preparation manufactured by defendant. The basis of plaintiff's claim is that defendant was negligent, not in the manufacture of the article, but in the failure to give warning as to its dangers and instructions as to its proper use. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.

ERLING HOLSBO, Appellant, v. D/S A/S BANANFART, Respondent.— Action to recover for personal injuries sustained while plaintiff was at work upon a steamship alleged to be owned by the defendant. Order granting, on terms, defendant's motion to open its default in pleading affirmed, without costs; the proposed answer, if not already served, to be served within five days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

DAVID ISRAEL, Respondent, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Individually and as Trustee for WALTER S. HALLIWELL, Appellant. — Order denying, on reargument, defendant's motion to dismiss the complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry of the order herein. We are of opinion that the facts should be fully developed on the trial in order that the question of final liability may then be passed on. Lazansky, P. J., Young, Carswell and Tompkins, JJ., concur; Hagarty, J., dissents.